Nicky Jatana, SBN: 197682
JatanaN@jacksonlewis.com
Jennifer B. Hodur, SBN: 211948
HodurJ@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, CA  90017
(213) 689-0404 – Telephone
(213) 689-0430 – Facsimile

Attorneys for Defendant
CONAGRA FOODS, INC.

[Additional counsel listed on following page]

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORDYN NJOROGE, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>FIRST RATE STAFFING CORPORATION, a Delaware corporation; CONAGRA FOODS, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:16-cv-3758-EMC<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES STIPULATION TO TRANSFER VENUE**<br><br>*[Filed Concurrently with Stipulation to Transfer Venue]* |

Josef S. Glynias [Pro Hac Vice]
Joe.Glynias@huschblackwell.com
Andrew J. Weissler [Pro Hac Vice]
AJ.Weissler@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500 – Telephone
(314) 480-1505 – Facsimile

Emma L. Savory [Pro Hac Vice]
Emma.Savory@huschblackwell.com
HUSCH BLACKWELL LLP
1700 Lincoln Street, Suite 4700
Denver, CO  80203
(303) 749-7200 – Telephone
(303) 749-7272 – Facsimile

Attorneys for Defendant
ConAgra Foods, Inc.


Shaun Setareh (SBN 204514)
shaun@setarehlaw.com
Thomas Segal (SBN 222791)
thomas@setarehlaw.com
Sethareh Law Group
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone: (310) 888-7771
Fax: (310) 888-0109

Attorneys for Plaintiff
Jordyn Njoroge

2

Case No.:  3:16-cv-3758

[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER VENUE

DEN-119441-1

**[~~PROPOSED~~] ORDER**

Because a change of venue would be both for the convenience of the parties and witnesses in this action and in the interest of justice, the Plaintiff and Defendant ConAgra Foods, Inc.'s Joint Stipulation to Transfer Venue is hereby granted, and this case is hereby transferred to the U.S. District Court for the Central District of California, Western Division.

IT IS SO ORDERED.

Dated:  10/25/2016



EDWARD M. CHEN
UNITED STATES

4816-7515-2699, v. 1

3

Case No.:  3:16-cv-3758

[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER VENUE

DEN-119441-1